UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STUART ROBERT MILLER,

Plaintiff,

v.

HEATHER OAKLEY, et al.,

Defendants.

Case No. 25-cv-09291-EMC

**ORDER OF TRANSFER**

Re: ECF Nos. 9, 10, 11

Plaintiff Stuart Robert Miller, a pro se detainee currently housed in South Lake Tahoe Jail in El Dorado County, filed the instant civil rights suit on October 29, 2025. *See* ECF No. 1. The events or omissions giving rise to his claims occurred at El Dorado County Jail, located in the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue is therefore appropriate in that district. 28 U.S.C. § 1391(b)(1), (b)(2).

In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____
EDWARD M. CHEN
United States District Judge